**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6793**

MALCOLM MUHAMMAD,

              Plaintiff – Appellant,

         v.

SERGEANT COCHRANE, Sergeant at Wallens Ridge State Prison;
SERGEANT GREER, Sergeant at Wallens Ridge State Prison;
CORRECTIONAL OFFICER CHEEKS, Correctional Officer;
CORRECTIONAL OFFICER FUSION, Correctional Officer,

              Defendants – Appellees,

         and

GENE M. JOHNSON, Director of Virginia Department of
Corrections; BRYANT WATSON, Warden, Wallens Ridge State
Prison; A. P. HARVEY, Assistant Warden, Wallens Ridge State
Prison; MAJOR COMBS, Major of Security at Wallens Ridge
State Prison; LIEUTENANT COLLINS, Lieutenant at Wallens
Ridge State Prison; INVESTIGATOR MCBRIDE, Investigator; B.
YOUNG, Sergeant,

              Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge. (7:10-cv-00395-SGW-RSB)

Submitted:  September 28, 2012        Decided:  October 4, 2012

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Malcolm Muhammad, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's orders: accepting the recommendation of the magistrate judge and granting in part and denying in part Defendants' motion for summary judgment; and entering judgment of $2000 for Muhammad in accordance with a jury verdict in this 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny the motions for transfer and for a transcript and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED